**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | FILED: MAY 9, 2008 |
| | 08CV 2704 NF |
| | JUDGE ZAGEL |
| | MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| |
| STREET ADDRESS |
| |
| CITY/STATE/ZIP |
| |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)      TELEPHONE NUMBER |
| |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES    NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES    NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES    NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES    NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL      APPOINTED COUNSEL |