AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Keith Austin

V.

Gibson Electric and Technology Solutions, a wholly-owned subsidiary of EMCOR Group, Inc.

CASE NUMBER: 08CV 2704

JUDGE ZAGEL

ASSIGNED JUDGE: MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Gibson Electric and Technology Solutions
c/o Prentice Hall Corporation
33 N. LaSalle St.
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Hinley* (signature)
(By) DEPUTY CLERK

May 9, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Keith Austin

vs.

Gibson Electric and Technology Solutions, a wholly-owned subsidiary of EMCOR Group, Inc.

Case Number    08 CV 2704

## AFFIDAVIT OF SERVICE

I, Ryan Gatz, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 13 day of May, 2008, at 03:29 PM at 33 N. LaSalle St., Chicago, IL 60602, did serve the following document(s):

**Summons and Complaint**

Upon:    **Gibson Electric and Technology Solutions c/o Prentice Hall Corporation**

By:    ☑ Personally serving to:   Allison Campbell, CSA

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 33 N. LaSalle St., Chicago, IL 60602 on

| Description: | Sex | **Female** | Race | **Black** | Approximate Age | **40** |
|---|---|---|---|---|---|---|
| | Height | **5'7** | Weight | **145** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ryan Gatz
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101