UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08CV 2704 NF |
| | ) | |
| v. | ) | District Judge Zagel |
| | ) | |
| GIBSON ELECTRIC AND TECHNOLOGY SOLUTIONS, | ) ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S LOCAL RULE 3.2**
**NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 3.2 of the Local Rules of United States District Court for the Northern District of Illinois, Defendant Gibson Electric Co., Inc. submits this Notification as to Affiliates.

1. Gibson Electric and Technology Solutions is incorporated as Gibson Electric Co., Inc. ("Gibson Electric") and is a New Jersey corporation.

2. Gibson Electric is a wholly owned subsidiary of EMCOR Construction Services, Inc.

3. EMCOR Construction Services, Inc. is a wholly owned subsidiary of MES Holdings Corporation.

4. MES Holdings Corporation is a wholly owned subsidiary of EMCOR Group, Inc.

5. EMCOR Group, Inc. is a publicly held corporation.

**Dated:** June 2, 2008

Respectfully Submitted,

s/ John A. Berg
John A. Berg
Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698
Phone:  (312) 569-1000
Fax:     (312) 569-3000
John.Berg@dbr.com

Attorney for Defendant
Gibson Electric Co., Inc.

And

Alisa H. Reff
Drinker Biddle & Reath LLP
1500 K Street, NW, Suite 1100
Washington,  DC 20005-1209
Phone: (202) 842-8852
Fax:     (202) 842-8465
Alisa.Reff@dbr.com

Of Counsel

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 2, 2008, a copy of the foregoing **Defendant's Local Rule 3.2 Notification as to Affiliates** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      Alejandro Caffarelli
      Lorraine T. Peeters
      Caffarelli & Siegel Ltd.
      Two Prudential Plaza
      180 N. Stetson, Ste. 3150
      Chicago, IL  60601

            s/ John A. Berg
            John A. Berg
            Drinker Biddle & Reath LLP
            191 N. Wacker Drive, Suite 3700
            Chicago, IL  60606-1698
            Phone:  (312) 569-1000
            Fax:     (312) 569-3000
            John.Berg@dbr.com