UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH AUSTIN, | |
| Plaintiff, | Case No. 08 CV 2704 NF |
| v. | District Judge Zagel |
| GIBSON ELECTRIC AND TECHNOLOGY SOLUTIONS, a wholly-owned subsidiary of EMCOR GROUP, INC., | Magistrate Judge Brown |
| Defendant. | |

**NOTICE OF DEFENDANT'S MOTION TO STRIKE
CERTAIN AFFIRMATIVE DEFENSES ASSERTED IN
DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

To:   John A. Berg
      Drinker Biddle & Reath LLP
      191 N. Wacker Dr., Ste. 3700
      Chicago, IL 60606-1698

   PLEASE TAKE NOTICE that on June 12, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Motion to Strike Certain Affirmative Defenses Asserted in Defendant's Answer to Plaintiff's Complaint, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, IL, on the 17th day of June, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard.

| | |
|---|---|
| Dated: June 12, 2008 | Respectfully submitted, |
| | |
| Alejandro Caffarelli, #06239078 | KEITH AUSTIN |
| Lorraine T. Peeters, #06290434 | |
| Caffarelli & Siegel Ltd. | |
| Two Prudential Plaza | By: /s/ Alejandro Caffarelli___ |
| 180 North Stetson Ste. 3150 | Attorney for Plaintiff |
| Chicago, IL  60601 | |
| Tel. (312) 540-1230 | |
| Fax (312) 540-1231 | |