UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Keith Austin

        Plaintiff,

v.         Case No.: 1:08−cv−02704
        Honorable James B. Zagel

Gibson Electronics and Technology Solutions

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable James B. Zagel: Motion hearing held on 6/17/2008. MOTION by Plaintiff Keith Austin to strike answer to complaint and affirmative defenses [11] is granted with the exceptions stated in open court. Amended answer and affirmative defenses to be filed.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.